

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2019

No. 04-19-00349-CV

**IN THE INTEREST OF A.L.R., A CHILD**,
Appellant

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3688CCL
Honorable Sergio J. Gonzalez, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file his brief is GRANTED. Appellant's brief is due **on or before July 29, 2019**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2019.

_____
Keith E. Hottle,
Clerk of Court